**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6608**

---

MARK WILLIAM COLE,

                                        Petitioner - Appellant,

        versus

LONNIE M. SAUNDERS, Warden, Augusta
Correctional Center,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-01-395-7)

---

Submitted: August 27, 2002          Decided: September 6, 2002

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

David Bernard Hargett, HARGETT & WATSON, P.L.C., Richmond,
Virginia, for Appellant. Donald Eldridge Jeffrey, III, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark William Cole seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Cole has not made a substantial showing of the denial of a constitutional right. See Cole v. Saunders, No. CA-01-395-7 (W.D. Va. Mar. 27, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2